UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LAREINA A SAULS,

          Plaintiff,

    v.

PIERCE COUNTY et al.,

          Defendants.

CASE NO. 25-cv-06089-JHC

ORDER

This matter comes before the Court sua sponte. On April 27, 2026, the Court ordered Plaintiff to show cause why this action should not be dismissed for failure to serve Defendants with a summons and a copy of Plaintiff's complaint as set forth in Federal Rule of Civil Procedure 4(m). *See* Dkt. # 28. Plaintiff has neither shown cause nor complied with Rule 4(m). *See generally* Docket. Thus, Plaintiff's case is DISMISSED without prejudice.

Dated this 8th day of May, 2026.

John H. Chun
United States District Judge

ORDER - 1